United States District Court
Southern District of Texas

**ENTERED**

August 16, 2018

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **KIRBY HAINES** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | |
| | § | **CIVIL ACTION NO. 4:18-cv-1982** |
| | § | |
| **TIAA, FSB D/B/A TIAA BANK F/K/A** | § | |
| **EVERBANK** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE

On this day the Court considered Defendant TIAA, FSB d/b/a TIAA Bank f/k/a

EverBank and Plaintiff Kirby Haines' Joint Stipulation of Dismissal with Prejudice, and is of the

opinion that the Joint Stipulation of Dismissal with Prejudice is proper and that this matter

should be dismissed based upon the agreement of the parties.

IT IS, THEREFORE **ORDERED, ADJUDGED AND DECREED** that all claims

asserted or which could have been asserted against TIAA, FSB d/b/a TIAA Bank f/k/a EverBank

in the referenced action, are hereby **DISMISSED** with prejudice to the refiling of same and that

all parties will bear their own costs and fees.

This is a final order.

SIGNED this 16th day of _____ August _____, 2018.

_____
UNITED STATES DISTRICT JUDGE